**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2347**

---

CHARYLE G. EMEL,

                                        Plaintiff - Appellant,

        versus

TOGO WEST,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CA-97-130-A)

---

Submitted:  April 29, 1998          Decided:  May 13, 1998

---

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Charyle G. Emel, Appellant Pro Se.  Major Thomas Mercer Ray, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's grant of summary judg-ment in favor of the Defendant in her civil rights action, in which she alleged she suffered employment discrimination based on her race and her gender. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Emel v. West, No. CA-97-130-A (E.D. Va. Aug. 26, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED